IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENDINYA HALL,

    Petitioner,

v.                            Civil Action No. 3:16CV123

HAROLD CLARKE,

    Respondent

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation (ECF No. 19) is accepted and adopted;
2. The Motion to Dismiss (ECF No. 13) is granted;
3. Hall's § 2254 Petition (ECF No. 1) is denied;
4. Hall's claims and the action are dismissed; and
5. A certificate of appealability is denied.

Should desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send this Final Order to Hall and counsel of record.

It is so ORDERED.

                                            /s/ REP
                                Robert E. Payne

Richmond, Virginia        Senior United States District Judge
Date: January 20, 2017